**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL BOLIN,<br><br>   Plaintiff,<br><br>v.<br><br>EDMUND G. BROWN., et al.,<br><br>   Defendants. | 1:12-cv-00077 LJO  GSA PC<br><br>ORDER TRANSFERRING ACTION TO NORTHERN DISTRICT OF CALIFORNIA |

  Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's complaint filed on January 17, 2012.

  Plaintiff, an inmate in the custody of the California Department of Corrections and Rehabilitation at San Quentin State Prison, brings this civil rights action against Governor Edmund G. Brown and the justices of the California Supreme Court.

  The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C.  §  1391(b).

  In this case, none of  the defendants reside in  this district.  Although unclear from the

1  allegations in the complaint, The claim arose in either Marin or San Francisco County, which are
2  in the Northern District of California.  Therefore, plaintiff's claim should have been filed in the
3  United States District Court for the Northern District of California.  In the interest of justice, a
4  federal court may transfer a complaint filed in the wrong district to the correct district.  <u>See</u> 28
5  U.S.C. § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d 918, 932 (D.C. Cir. 1974).

6      Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United
7  States District Court for the Northern District of California.

10      IT IS SO ORDERED.
11  **Dated:   February 7, 2012**             /s/ **Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE