United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

PAUL C. BOLIN,

    Plaintiff,

v.

Governor EDMUND G. BROWN, et al.,

    Defendants.
_____/

No. C 12-0637 PJH (PR)

**ORDER OF TRANSFER**

This is a civil rights case brought pro se by a state prisoner. It was originally filed in the United States District Court for the Eastern District of California, which transferred it here. Venue is correct in either district. *See* 28 U.S.C. § 1391(b). Plaintiff has moved to return the case to the Eastern District, and that court has informally requested that it be transferred back.

For the convenience of the parties and in the interests of justice, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1404(a). Plaintiff's motion (document number 13) is **DENIED** as moot.

**IT IS SO ORDERED.**

Dated: May 29, 2012.

                PHYLLIS J. HAMILTON
                United States District Judge

G:\PRO-SE\PJH\HC.12\Bolin637.trn.wpd